PENSACOLA STATE BANK, A CORPORATION, *Appellant,* v. C. N. McCLURE, AND LYDIA J. McCLURE, HIS WIFE, *Appellees.*

Opinion Filed March 31, 1914.

PER CURIAM.—The facts in this case are similar to those in the case of Lydia J. McClure v. American National Bank of Pensacola, Florida, decided at this term; and upon the authority of that case, the decree in the instant case is reversed.

Appealed from Circuit Court of Record for Escambia County; Kirke Monroe, Judge.

*Reeves & Watson & Pasco* and *Blount & Blount & Carter,* for Appellant;

*Sullivan & Sullivan* and *R. P. Reese,* for Appellees.